**Order entered July 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00582-CV

### KEVEN AZEVEDO, DECLOW, LLC, JASON AZEVEDO AND FWGGWF LLC, Appellants

### V.

### TITUS GROUP, INC., Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-21-04095-C**

## ORDER

Before the Court is appellants' joint motion for an extension of time to file their respective briefs. We **GRANT** the motion and extend the time to **August 11, 2022**.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE